MARCH 12, 1951

**No. 7972.—** *Barr Shipping Company a/c Page Studios, Inc.* v. *United States.* Entered at New York, N. Y. [Not published.] Motion by plaintiff.